UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LISA A. ALEXANDER, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| WARNER CHILCOTT, plc, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

No. 11-cv-10545-RGS

**JOINT STIPULATION OF DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

WHEREAS, on March 30, 2011, Lisa A. Alexander and James P. Goan ("Relators") filed a *qui tam* action in the United States District Court for the District of Massachusetts, captioned *United States ex rel. Alexander, et al. v. Warner Chilcott plc, et al.*, No. 11-cv-10545-RGS (D. Mass.), pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b), and State law counterparts (collectively, the "Civil Action").

WHEREAS, Relators, the United States, and the Plaintiff States in the Civil Action entered into Settlement Agreements with Warner Chilcott Sales (U.S.) LLC ("Warner Chilcott") dated October 29, 2015 (the "Settlement Agreements") to resolve and settle certain claims asserted on behalf of the United States and Plaintiff States against Warner Chilcott concerning the Covered Conduct as defined in Preamble Paragraph F of the Settlement Agreements.

WHEREAS, the Relators, the United States, the Plaintiff States, and Warner Chilcott (collectively, the "Parties") agreed to file a Joint Stipulation of Dismissal of the Civil Action pursuant to Federal Rule of Civil Procedure 41(a)(1), in accordance with the terms set forth in the Settlement Agreements.

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned authorized representatives, as follows:

1. All claims asserted on behalf of the United States and Plaintiff States in the Civil Action concerning the Covered Conduct as defined in Preamble Paragraph F of the Settlement Agreements are dismissed with prejudice as to the United States, the Plaintiff States, and Relators; and

2. All other claims asserted in the Civil Action are dismissed without prejudice to the United States and the Plaintiff States, and with prejudice to Relators.

Dated this 27th day of April, 2016

**THE UNITED STATES OF AMERICA**

By: ___/s/_____
Sonya A. Rao
Susan M. Poswistilo
Assistant United States Attorneys
District of Massachusetts

Colin M. Huntley
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice

**THE PLAINTIFF STATES**

By: ___/s/_____
Kerry Muldowney Ascher, Team Lead
NAMFCU Warner Chilcott Settlement Team
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division

**WARNER CHILCOTT SALES (U.S.) LLC**

By: ___/s/_____
Geoffrey Hobart
Matthew O'Connor
Covington & Burling LLP

**COUNSEL FOR RELATORS**

By: ___/s/_____
  W. Scott Simmer
  Thomas J. Poulin
  Simmer Law Group PLLC

  Stephen A. Weiss
  Seeger Weiss LLP

  Steven F. Molo
  MoloLamken LLP

**SO ORDERED,**

On this _____ day of April, 2016.

_____
RICHARD G. STEARNS
United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2016, I filed the foregoing Joint Stipulation of Dismissal via the Court's CM/ECF system, which caused electronic notice to be sent to all ECF-registered parties. In addition, I hereby certify that I caused a true and correct copy of the foregoing to be sent to the following non-ECF-registered party listed below via first-class mail, postage prepaid:

    Kerry M. Ascher, Asst. Attorney General
    Office of the Attorney General
    P.O. Box 12548
    Austin, TX 78711-2548

    /s/ Thomas J. Poulin
    Thomas J. Poulin
    SIMMER LAW GROUP PLLC
    600 New Hampshire Ave, NW, Ste 10-A
    Washington, DC 20037
    Telephone: (202) 719-5545
    Facsimile: (202) 337-1039